UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Madeleine P. Tuner</u>

        v.                          Case No. 10-cv-1-SM

<u>Wells Fargo Home Mortgage, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 8, 2010, for the reasons set forth therein. Plaintiff's request for a temporary restraining order is denied.

SO ORDERED.

January 11, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:   Madeline P. Turner, pro se
       Jeffrey J. Clark, Esq.
       Paul C. English, Esq.