UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Madeleine Turner</u>

        v.                                   Case No. 10-cv-1-SM

<u>Wells Fargo Home Mortgage, Inc.</u>

O R D E R

     Defendant has filed a suggestion of bankruptcy, informing the court that plaintiff filed a petition for protection from creditors in the United States Bankruptcy Court for the District of New Hampshire.  The filing of a bankruptcy petition triggers an automatic stay under 11 U.S.C. Section 362(a), which stays the commencement or continuation of nonbankruptcy judicial proceedings "against the debtor."  The stay has no effect on the debtor's ability to bring or maintain suit against other parties.  The trustee in bankruptcy will, in due course, either assume prosecution of the claim(s) or abandon them.  Defendant shall confer with the appointed trustee and file a status report within 90 days from the date of this order.

     SO ORDERED.

January 26, 2010                                                Steven J. McAuliffe
                                                                     Chief Judge

cc:     Madeleine Turner, pro se
         Jeffrey J. Clark, Esq.
         Paul C. English, Esq.