UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Madeleine P. Turner,
    Plaintiff

    v.                                          Civil No. 10-cv-1-SM

Wells Fargo Home Mortgage, Inc.; and
Federal National Mortgage Association,
    Defendants

### ORDER OF RECUSAL

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in Defendant Wells Fargo Home Mortgage, Inc.'s parent company, Wells Fargo & Co., recusal is mandatory.  See, 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

August 10, 2010

cc:  Raymond J. DiLucci, Esq.
     Jeffrey J. Clark, Esq.
     Paul C. English, Esq.